IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:12-CR-277 |
| vs. | ORDER |
| QUINCY R. HAYNES, | |
| Defendant. | |

This matter is before the Court on correspondence from the defendant that the Court has filed as a motion for copies (filing 82). The Court will deny the defendant's motion. The defendant does not have the right to receive copies of documents without payment, even if he is indigent. *See,* 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). The defendant may pay the Clerk of the Court for copies at the established rate of 50¢ per page. The documents the defendant has requested—the docket sheet, judgment, and statement of reasons—total 16 pages, for a total cost of $8.00, which must be prepaid when the copies are requested.

IT IS ORDERED that the defendant's motion for copies (filing 82) is denied.

Dated this 8th day of January, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge